STATE OF CONNECTICUT *v.* RICHARD M. SYKES

The motion by the defendant for review, being one to review a preliminary ruling in a matter as to which no final judgment has been rendered in the Superior Court in New Haven County, is dismissed for lack of jurisdiction.

The motion by the defendant for a stay of proceedings of the case in the Superior Court in New Haven County is dismissed.

*William D. Goodrich,* in support of the motions.

Submitted September 24—decided October 10, 1969

STATE OF CONNECTICUT *v.* LOUIS REED

The petition by the defendant for a writ of error coram nobis is dismissed.

*Louis Reed,* pro se, in support of the petition.

Submitted October 7—decided October 15, 1969

STEVEN C. LEE *v.* CHARLES S. MARSHALL ET AL.

The petition by the plaintiff for an expedited appeal from the Superior Court in Fairfield County, purportedly filed pursuant to General Statutes § 52-265a, having been considered by this court pursuant to Practice Book § 762, as amended, is dismissed because it fails to disclose error which would constitute good cause for granting the petition.

*George D. Constantikes* and *Stephen L. Fine,* in support of the petition for expeditious appeal.